Harriet Baldwin, appellant, v. Peoria Railway Company, appellee. Gen. No. 7,351.

Action for personal injury. Judgment for defendant. Appeal from the Circuit Court of Peoria county; the Hon. Charles V. Miles, Judge, presiding. Heard in this court at the April term, 1924. Reversed and remanded. Opinion filed August 6, 1924. Rehearing denied October 9, 1924.

Kirk & Shurtleff, for appellant. Hunter, Page & Kavanagh, for appellee.

Mr. Justice Jones delivered the opinion of the court.